**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                                                  **Case No:  6:13-cr-5-Orl-18GJK**

**SEAN REID,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

This cause came on for consideration, without oral argument, on the following motion:

| |
|---|
| **MOTION:**     **MOTION FOR REDUCTION OF SENTENCE (Doc. No. 141)** |
| **FILED:**       **October 30, 2017** |
| _____ |
| **THEREON** it is **RECOMMENDED** that the motion be **DENIED as moot**. |

On October 30, 2017, a Motion for Reduction of Sentence was filed by Defendant Sean Reid. Doc. No. 141. It is hereby **RECOMMENDED** that the Motion (Doc. No. 141) be **DENIED as moot**. See Doc. Nos. 102, 123, 124.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or

legal conclusion the district judge adopts from the Report and Recommendation. 11th Cir. R. 3-1.

      **RECOMMENDED** in Orlando, Florida, on November 7, 2017.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Defendant