**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No:  6:13-cr-5-Orl-18GJK

SEAN REID,

    Defendant.

_____

**REPORT AND RECOMMENDATION**

This cause came on for consideration, without oral argument, on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR REDUCTION OF SENTENCE (Doc. No. 141)** |
| **FILED:** | October 30, 2017 |
| **THEREON** it is **RECOMMENDED** that the motion be **DENIED as moot.** | |

*So ordered
4 Dec 17*

*G. KENDALL SHARP
U.S. DISTRICT JUDGE*

On October 30, 2017, a Motion for Reduction of Sentence was filed by Defendant Sean Reid. Doc. No. 141. It is hereby **RECOMMENDED** that the Motion (Doc. No. 141) be **DENIED as moot.** See Doc. Nos. 102, 123, 124.

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or